PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-2166

_____

UNITED STATES OF AMERICA

v.

HENRY FREEMAN,
                              Appellant

_____

No. 10-4224

_____

UNITED STATES OF AMERICA

v.

GELEAN MARK,
                              Appellant

_____

On Appeal from the District Court
of the Virgin Islands
(D.C. Criminal No. 3-06-cr-00080-004 and 001)
District Judge:  Honorable Curtis V. Gomez

ORDER AMENDING OPINION

It appears that the footnote number 1 of the opinion as filed did not contain the full text. Accordingly, it is hereby ordered that the opinion issued on August 18, 2014 is amended to correct this error.  The full text of footnote number 1 is as follows:

> The indictment also charged Vernon Fagan, Walter Ells, Kelvin Moses, Craig Claxton, Kerry Woods, Glenson Isaac, Everette Mills and Dorian Swan.  Claxton and Woods have separately appealed, and those appeals will be separately resolved.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  September 22, 2014
cc:

Delia L. Smith, Esq.
Dale L. Smith, Esq.
Nelson L. Jones, Esq.
Pamela L. Colon, Esq.